[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

————————————————

No. 18-10457
Non-Argument Calendar

————————————————

D.C. Docket No. 2:96-cv-00232-JES-CM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARK & ERIC FEINSTEIN,

Defendants-Appellants.

————————————————

Appeal from the United States District Court
for the Middle District of Florida

————————————————

(April 29, 2019)

Before BRANCH, GRANT, and JULIE CARNES, Circuit Judges.

PER CURIAM:

Mark and Eric Feinstein's appeal is **DISMISSED** for lack of jurisdiction.

The magistrate judge's January 4, 2018 order, as clarified on April 13, 2018, is not

final and appealable because it merely allowed post-judgment discovery to

proceed.  *See* 28 U.S.C. § 1291; *Rouse Constr. Int'l, Inc. v. Rouse Constr. Corp.*, 680 F.2d 743, 746 (11th Cir. 1982) ("[T]he granting of a post-judgment discovery motion is not an appealable final order.").